

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,  ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

NOVA SMITH,

        Plaintiff(s),

v.

ALLY FINANCIAL INC.,

        Defendant(s).

Case No. 2:22-CV-01191-TLN-JDP

I, David B. Levin, attorney for Plaintiff Nova Smith, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Offices of Todd M. Friedman, P.C. |
| Address: | 707 Skokie Blvd. |
| | Suite 600 |
| City: | Northbrook |
| State: | Illinois     ZIP Code: 60062 |
| Voice Phone: | (224) 218-0882 |
| FAX Phone: | (866) 633-0228 |
| Internet E-mail: | dlevin@toddflaw.com |
| Additional E-mail: | n/a |
| I reside in City: | Northbrook    State:  Illinois |

I was admitted to practice in the State of Illinois on May 4, 1993 (On the following page is a complete list of courts to which I am admitted to practice).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

n/a.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Todd M. Friedman |
| Firm Name: | Law Offices of Todd M. Friedman, P.C. |
| Address: | 21031 Ventura Blvd. |
| | Suite 340 |
| City: | Woodland Hills |
| State: | California     ZIP Code: 91364 |
| Voice Phone: | (323) 306-4234 |
| FAX Phone: | (866) 633-0228 |
| E-mail: | tfriedman@toddflaw.com |

Dated: February 20, 2023          Petitioner: /s/ David B. Levin

| Date Admitted | Court |
|---|---|
| 11/9/1992 | State of Ohio |
| 5/4/1993 | State of Illinois |
| 4/7/2009 | State of West Virginia |
| 6/29/1993 | U.S. District Court, Northern District of Illinois |
| 3/21/2003 | U.S. District Court, Northern District of Ohio |
| 5/3/2005 | U.S. District Court, Southern District of Ohio |
| 9/7/2005 | U.S. District Court, Northern District of Indiana |
| 4/7/2009 | U.S. District Court, Southern District of West Virginia |
| 5/26/2009 | U.S. District Court, Northern District of West Virginia |
| 9/4/2012 | U.S. District Court, Central District of Illinois |
| 8/3/2015 | U.S. District Court, Western District of Wisconsin |
| 12/16/2015 | U.S. District Court, Eastern District of Wisconsin |
| 12/17/2015 | U.S. District Court, Southern District of Indiana |
| 1/15/2016 | U.S. District Court, Western District of Michigan |
| 1/26/2016 | U.S. District Court, Southern District of Illinois |
| 2/10/2016 | U.S. District Court, Eastern District of Michigan |
| 7/5/2018 | Seventh Circuit Court of Appeals |

**ORDER**

IT IS SO ORDERED.

Dated: <u>February 21, 2023</u>

_____
JUDGE, U.S. DISTRICT COURT